**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD DELMAN,<br><br>Plaintiff,<br><br>v.<br><br>BLUE OWL CREDIT ADVISORS LLC,<br><br>Defendant. | Case No. 1:26-cv-03468-KPF |

**NOTICE OF DEFENDANT BLUE OWL CREDIT ADVISORS LLC'S MOTION TO DISMISS THE AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon (i) the accompanying Memorandum of Law in Support of Defendant Blue Owl Credit Advisors LLC's ("BOCA") Motion to Dismiss the Amended Complaint, dated November 6, 2026; (ii) the Declaration of Robert A. Skinner, dated November 6, 2026, and the exhibits attached thereto; and (iii) all pleadings and proceedings had herein, Defendant BOCA will move this Court, at the United States District Court, Southern District of New York, 40 Foley Square, New York, NY 10007, on such date and time as the Court determines, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Amended Complaint (ECF No. 27) with prejudice, and granting such other and further relief as the Court deems just and proper.

Dated: November 6, 2026

By: /s/ *Robert A. Skinner*

Robert A. Skinner (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9927
Fax: (212) 596-9090
Robert.Skinner@ropesgray.com

Amy D. Roy (*pro hac vice*)
Cole A. Goodman (*pro hac vice*)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050
Amy.Roy@ropesgray.com
Cole.Goodman@ropesgray.com

Sandra C. Goldstein, P.C.
Alexander J. Rodney, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
Sandra.Goldstein@kirkland.com
Alexander.Rodney@kirkland.com

*Counsel for Defendant Blue Owl Credit Advisors LLC*